[stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: JAN 2 3 2008]

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 23, 2007

SO ORDERED

*[signature]* George B. Daniels

HON. GEORGE B. DANIELS

JAN 2 3 2008

**BY FACSIMILE**

Honorable George B. Daniels
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. Carmen Cicalese et al.</u>
           07 Cr. 1125

Dear Judge Daniels:

    One of the defendants in the above-captioned case – Frank Pugliese – was previously indicted by the Government in a separate gambling and money laundering case, <u>United States v. Pugliese</u>, 07 Cr. 911, presently pending before Judge Crotty. Pugliese was scheduled to plead guilty in that matter before Judge Crotty <u>prior</u> to this indictment in the above-captioned case before your Honor. The Government and counsel for Pugliese have negotiated a plea agreement in which Pugliese would resolve the charges in both indictments with a single plea, which Judge Crotty has scheduled for tomorrow. The Government and counsel for Frank Pugliese seek this Court's permission to allow the defendant to plead guilty to both matters before Judge Crotty

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: *[signature]*
Arlo Devlin-Brown
Assistant United States Attorney
(212) 637-2506

cc: Hon. Paul A. Crotty

Anthony Siriano, Esq.
(counsel for Francis Pugliese)