United States District Court
Southern District of New York
Office of the Clerk
US Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

--------------------------------------------------------X            NOTICE OF REASSIGNMENT

                                                                                                                   07cr1125

United States
v.
Francis Pugliese

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

      Pursuant to the memorandum of the Case Processing Assistant, the above-entitled action is reassigned to the calendar of

                      Magistrate Judge Crotty

      All future documents submitted in this action are to be presented in the Clerk's Office of the Southern District Court for filing and shall bear the assigned judge's initials after the case number.

      The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.

                                          J. Michael McMahon, CLERK

Dated:
01/28/08

                            By:     <u>Julie Correa</u>
                                    Deputy Clerk

cc:   Attorneys of Record